IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA LYNN BARLOW,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:04-CR-31 TS |

This matter is before the Court on Defendant Joshua Lynn Barlow's *Pro Se* Motion for Early Termination of Supervised Release, filed July 12, 2007.[1]  The government has indicated to the Court that is has no objection to the Motion.  Having considered the file, the circumstances presented by this case, and being otherwise fully informed, the Court will grant Defendant's Motion, as set forth below.

BACKGROUND

On June 28, 2004, Defendant pleaded guilty to counts 2 and 3 of the Indictment. Defendant was sentenced on September 30, 2004, to a 24-month term of incarceration, to be

---

[1] Docket No. 94.

1

followed by a 24-month term of supervised release. Judgment was entered on September 30, 2004. Defendant began his term of supervised release on February 7, 2006.

## DISCUSSION

18 U.S.C. §§ 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is 1) warranted by the conduct of an offender and 2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

The Court has considered these factors, has reviewed the docket and case file, and has consulted with Defendant's supervising officer. It has been represented to the Court that Defendant has paid his fine, that he has never submitted a dirty UA specimen, that he has held a job, and that he has done very well on supervised release.

Therefore, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## CONCLUSION

Based upon the above, it is hereby

ORDERED that Defendant's *Pro Se* Motion for Early Termination of Supervised Release (Docket No. 94) is GRANTED; it is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately, and this case shall be closed.

SO ORDERED.

DATED this 27th day of July, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge